IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| Pennsylvania Higher Education Assistance Agency, ) ) ) Plaintiff, ) ) v. ) ) ) Sonia E. Francioni, ) ) Defendant. ) | Case No. 1:11cv115 (GBL/TCB) |

## ORDER

Upon consideration of the September 8, 2011 Report and Recommendation of United States Magistrate Judge Buchanan, who was designated to conduct a hearing in this matter, no objection having been filed within ten days, and upon an independent review of the record, it is hereby

ORDERED that the Court adopts as its own the findings of fact and accepts the recommendation of United States Magistrate Judge Buchanan. The Clerk of Court shall enter judgment in favor of the Plaintiff Pennsylvania Higher Education Agency and against the Defendant Sonia E. Francioni in the amount of $57,860.22 plus the outstanding balance on the Federal HEAL Consolidation Loan Application Promissory Notes ("Notes"), accruing since March 4, 2011, at the rate of 2.875% per annum, $4.17 per diem. Specifically, the award of $57,860.22 includes $53,120.31 for the principal due on the Notes, late fees of $90.00, interest of $1,305.33, attorney's fees of $2,580.00, legal expenses of $414.58, and court costs of $350.00.

The Clerk is directed to forward a copy of this Order to counsel of record.

ENTERED this 16th day of September, 2011.

Alexandria, Virginia
9/16/11

/s/
Gerald Bruce Lee
United States District Judge